**No. 45839.**—Protest 987745–G/11731 of W. J. Oberle, Inc.    (New Orleans).

Opinion by TILSON, J.    On the record presented the protest was dismissed.

**No. 45840.**—Protest 37249–K of Nippon Yusen Kaisha (Los Angeles).

Opinion by KINCHELOE, J.    A pictorial booklet invoiced as "Nitta Maru" was held dutiable at 7½ percent under paragraph 1410 and T. D. 49753 as claimed.

BEFORE THE THIRD DIVISION, MAY 15, 1941

**No. 45841.**—Protests 981951–G, etc., of Wo Kee & Co. et al. (San Francisco).

Opinion by EVANS, J.    In accordance with stipulation of counsel the merchandise in question was held properly classifiable as follows: (1) crude drugs free of duty under paragraph 1669; (2) certain items as drugs advanced at 10 percent ad valorem under paragraph 34; (3) apricot kernels at 3 cents a pound under paragraph 762; and (4) vegetables prepared at 35 percent ad valorem under paragraph 775.    *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372), Abstract 34104, and *Quong Yu Wo* v. *United States* (T. D. 48003) followed.

**No. 45842.**—Protest 523410–G of Wing Lung & Co. (Portland, Oreg.).

Opinion by EVANS, J.    On the authority of *Wa Chong Co.* v. *United States* (T. D. 45695) the protest was sustained as to the dutiable weight of the ducks. Dried lily flowers the same as those involved in *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) were held free of duty as crude drugs under paragraph 1669.

**No. 45843.**—Protest 53551–K of Peat Import Corp. (New York).

Opinion by EVANS, J.    On the authority of *Peat Import Co.* v. *United States* (4 Cust. Ct. 181, C. D. 319) and Abstract 44826 the peat moss in question was held free of duty under paragraph 1685 as claimed.

**No. 45844.**—Protests 37965–K, etc., of J. H. Forbes Tea & Coffee Co. et al. (New York).

Opinion by EVANS, J.    It was stipulated that the merchandise consists of dried ginger root, unground, the same as that passed upon in *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126).    The claim for free entry under paragraph 1768 was therefore sustained.